UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD JAMES CHENETTE,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>STEVE SINCLAIR,<br><br>　　　　　　　　Respondent. | No. C13-5719 BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation (Dkt. 7) is approved and adopted.

(2) Petitioner's motion to proceed *in forma pauperis* (Dkt. 1) is **DENIED** as moot.

**DATED** this 16th day of October, 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION