UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD JAMES CHENETTE,

    Petitioner,

 v.

STEVE SINCLAIR,

    Respondent.

CASE NO. C13-5719 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Petitioner's § 2254 amended habeas petition is **denied on the merits and dismissed with prejudice**;

(3)   A certificate of appealability is **DENIED**; and

(4)   This case is closed.

Dated this 30th day of December, 2013.

            _____
            BENJAMIN H. SETTLE
            United States District Judge

ORDER